So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAUNJULA STATON, | ) | CASE NO: 1:22-CV-02187 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| CLEVELAND STATE UNIVERSITY et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorneys' fees and costs. Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

*/s/ Shashelia Degraffinried*
Brian D. Spitz (0068816)
Shashelia Degraffinried (0101692)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Brian.Spitz@spitzlawfirm.com
Shelia.Degraffinried@spitzlawfirm.com

*Attorneys for Plaintiff Saunjula Staton*

*/s/ Nathan J. Pangrace*
Nathan J. Pangrace
**LITTLER MENDELSON, P.C.**
Key Tower
127 Public Square
Suite 1600
Cleveland, OH 44114-9612
Phone:  (216) 696-7600
Fax:    (216) 696-2038
Email: NPangrace@Littler.com

*Attorney for Defendants Cleveland State University, David Pratt, Erika Jarrett, Julie Rehm, and Danielle Ruiz*